# Law Office of Sander D. Friedman
## Counsellors-At-Law
### 125 North Route 73
### West Berlin, New Jersey 08091

Sander D. Friedman•  
Wesley G. Hanna•  

(856) 988-7777 telephone  
(856) 988-7744 facsimile

Also Member of PA Bar ▪

May 14, 2013

<u>Via Facsimile: 973-776-7865</u>  
Honorable Cathy L. Waldor, U.S.M.J.  
M.L. King, Jr. Fed. Bldg. and Courthouse  
50 Walnut Street  
Newark, New Jersey 07102

SO ORDERED

*s/Cathy L. Waldor*  
_____  
Cathy L. Waldor, U.S.M.J.

Date: 5/14/13

**Re:   Lorraine Z. Waitkus v. Galaxy Asset Purchasing, LLC et als.
         Civil Case Number: 2:12-CV-06971-SRC-CLW**

Dear Judge Waldor:

I have conferred with my adversary and we have agreed to the following proposed discovery schedule.

1. Confidentiality order: submitted by Defendants on or before May 17, 2013.

2. All documents and information withheld because of the absence of the confidentiality order or other investigation: 14 days from the execution of the confidentiality order.

3. Good faith meet and confer regarding discovery disputes: within 14 days of the due date for confidential documents and information withheld. Correspondence to court regarding discovery disputes anytime thereafter.

4. Propound follow up paper discovery: July 13, 2013; answers due in the ordinary course

5. 180 day general discovery extension, with all dates adjusted accordingly.

Respectfully submitted,

[signature]

WESLEY G. HANNA

*Fact end date is extended to November 13, 2013.*

WGH/j  
cc:   Ross S. Enders, Esquire (Via Fax 908-751-5944)

*The court will hold a telephone conf. on September 25, 2013 at 11:00am. Plaintiff to initiate the call.*